# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| DEE GRUVER, <br>     PLAINTIFF, <br><br> v. <br><br> McKAROUS GROUP LLC, <br> COB FINANCIAL LLC, <br> SCHERWIN & ASSOCIATES, LLC <br> PRINCIPAL ONE GROUP LLC <br> AMERICANA FINANCIAL SERVICES LLC <br> DAVID BROWN d/b/a "AMERICANA FINANCIAL SERVICES" <br> DAVID BROWN, individually, <br> CAROLINA DONSHAY, individually, <br> SERENA LOPEZ (a/k/a SERENA CARINO), individually, and <br> SHERMAN CHANNING HUMPHREY III, <br>     DEFENDANTS | Case No. <br><br> 1:23-cv-110 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiff submits this Notice of Settlement to inform the Court that the parties have resolved their differences. The final obligation of the Parties under their agreed resolution should be completed by approximately August 15, 2023. Plaintiff further requests that the Court hold open the case until August 31, 2023, so that Plaintiff may seek court assistance to enforce the terms of the agreement should it be necessary to do so.

Dated: July 12, 2023

                                                          Respectfully submitted,

/s/ Jeffrey D. Wood
_____
Jeffrey D. Wood, Esq.
ArkBN: 2006164
The Wood Firm, PLLC
11610 Pleasant Ridge Rd.
Suite 103 – Box 208
Little Rock, AR  72223
TEL:  214-914-8374
FAX:  888-598-9022
EMAIL:  jeff@jeffwoodlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I, Jeffrey D. Wood, do hereby certify that on this 12th day of July, 2023, a true and correct copy of the foregoing document has been served on all parties of record via the court's electronic filing system.

                                                                            By: s/ Jeffrey D. Wood