IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DEE GRUVER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | |
| McKAROUS GROUP LLC, | § | |
| COB FINANCIAL, LLC, | § | CIVIL ACTION NO. 1:23-CV-00110 |
| SCHERWIN & ASSOCIATES, LLC, | § | JUDGE MICHAEL J. TRUNCALE |
| PRINCIPAL ONE GROUP LLC, | § | |
| AMERICANA FINANCIAL SERVICES | § | |
| LLC, DAVID BROWN d/b/a "AMERICANA | § | |
| FINANCIAL SERVICES", | § | |
| DAVID BROWN, individually, | § | |
| CAROLINA DONSHAY, individually, | § | |
| SERENA LOPEZ (a/k/a SERENA CARINO), | § | |
| individually, AND | § | |
| SHERMAN CHANNING HUMPHREY, III, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Stipulation of Dismissal. [Dkt. 8]. Plaintiff is seeking a dismissal with prejudice as to all claims that were or could have been asserted in this action against Defendants pursuant to Federal Rule of Civil Procedure 41(a).

It is therefore **ORDERED** that that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 28th day of August, 2023.**

*[signature]*
Michael J. Truncale
United States District Judge